PALM BEACH COUNTY
SHANNON RAMSEY-CHESSMAN
CLERK AD INTERIM

FLORIDA'S CLERKS OF COURT AND COMPTROLLERS
Bring You
CCIS COMPREHENSIVE CASE INFORMATION SYSTEM

MFeluren

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 502026CA009933XXXAMB [502026CA009933XXXAMB] | 09/02/2026 | | PALM BEACH | CONTRACT & DEBT | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 09/02/2026 | CONTRACT & DEBT | NO | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| SHERRIFF, DANIELLE A | JUDGE | | |
| TRUSTEE OF THE DOUGLAS PETERS | ALSO KNOWN AS | | |
| PETERS, DOUGLAS | PLAINTIFF | EVANS, JASON DAVID | 73779 |
| PETERS, DOUG | PLAINTIFF | EVANS, JASON DAVID | 73779 |
| PETERS, IRWIN | PLAINTIFF | EVANS, JASON DAVID | 73779 |
| COMERICA BANK | DEFENDANT | | |
| ONITY MORTGAGE CORPORATION | DEFENDANT | FELUREN, MATTHEW RYAN | 85879 |

**Dockets**

Page : 1 ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 10 | 09/25/2026 | AGREED ORDER D SHERRIFF DTD. 9/25/26 MOTION FOR EXTENSION OF TIME TO RESPOND IS GRANTED; D SHERRIFF DTD. 9/25/26 MOTION FOR EXTENSION OF TIME TO RESPOND IS GRANTED | 1 |
| | 9 | 09/21/2026 | MOTION FOR EXTENSION OF TIME; OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; F/B DFT, ONITY MORTGAGE CORPORATON | 1 |
| | 8 | 09/21/2026 | NOTICE OF APPEARANCE CIVIL; AS COUNSEL AND NOTICE OF DESIGNATION OF EMAIL ADDRESSES; ATTY MATTHEW R. FELUREN OBO DFT, ONITY MORTGAGE CORPORATION | 1 |
| | 7 | 09/04/2026 | DCM DESIGNATION TO THE GENERAL TRACK WITH JURY TRIAL ORDER; DANIELLE SHERRIFF 09/04/2026 | 1 |
| | 6 | 09/03/2026 | PAID $421.00 ON RECEIPT 6433292; $421.00; 6433292; Fully Paid | 1 |
| | 5 | 09/02/2026 | SUMMONS ISSUED; gelderlaw@gmail.com; ISSUED TO ONITY MORTGAGE CORPORATION EFILED | 1 |
| | 4 | 09/02/2026 | SUMMONS ISSUED; gelderlaw@gmail.com; ISSUED TO COMERICA BANK EFILED | 1 |
| | 3 | 09/02/2026 | COMPLAINT; WITH JURY DEMAND F/B PLT | 1 |
| | 2 | 09/02/2026 | CIVIL COVER SHEET | 1 |
| | 1 | 09/03/2026 | DIVISION ASSIGNMENT; AO: Circuit Civil Central - AO (Civil) | |

**Judge Assignment History**

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 09/03/2026 | - | SHERRIFF, DANIELLE A | Judge |

**Court Events**

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| Records are not currently available for this case. Please contact the PALM BEACH Clerk of Court's office for more information at clerkweb@mypalmbeachclerk.com OR (561) 355-2996 | | | | | |

**Financial Summary**

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $421.00 | Paid to Date: $421.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

Financial Details

| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
|---|---|---|---|---|---|
| | $421.00 | $421.00 | $0.00 | $0.00 | - |

This information reflects the financial obligations shown on the Florida Comprehensive Case Information System (CCIS) for THIS CASE ONLY. For the current balances of your financial obligations, you should contact the Clerk of the Court in the county where the financial obligation was imposed. Nothing in CCIS alters any financial obligation imposed by a court.

**Reopen History**

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| Records are not currently available for this case. Please contact the PALM BEACH Clerk of Court's office for more information at clerkweb@mypalmbeachclerk.com OR (561) 355-2996 | | |

EXHIBIT
1