IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

DOUGLAS PETERS, TRUSTEE OF THE DOUGLAS PETERS DECLARATION OF TRUST DATED MAY 6, 2004, DOUGLAS PETERS, IRWIN PETERS,

Plaintiffs,

v.

COMERICA BANK, ONITY MORTGAGE CORPORATION,

Defendants.
_______________________________________ /

CASE NO.: 2026-CA-009933XXXAMB

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

Defendant, Onity Mortgage Corporation, hereby gives notice of filing the attached Notice of Removal.[1]

Submitted this October 2, 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
Facsimile: (954) 333-3930
*Counsel for Defendant, Onity Mortgage Corporation*

By: */s/ Matthew R. Feluren*
Eve A. Cann
Florida Bar No.: 40808
ecann@bakerdonelson.com
Matthew R. Feluren
Florida Bar No.: 85879
mfeluren@bakerdonelson.com

[1] A copy of Defendant's Notice of Removal, with its exhibits, is attached hereto as **Composite Exhibit A**.

EXHIBIT
3

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I filed the foregoing document via the Florida Courts E-Filing Portal, which caused a copy to be served by e-mail to the following:

Gregory R. Elder, Esq.
**Law Offices of Gregory R. Elder, PLLC**
2300 N.W. Corporate Boulevard, Suite 215
Boca Raton, FL 33431
Phone: (305) 546-1061
gelderlaw@gmail.com
*Counsel for Plaintiff*

Jason Evans, Esq.
**Law Offices of Jason Evans, LLC d/b/a Evans Law**
2300 N.W. Corporate Boulevard, Suite 215
Boca Raton, FL 33431
Phone: (561) 832-8288
jason@evanslawfl.com
*Counsel for Plaintiff*

Comerica Bank
c/o Registered Agent: Corporate Creations Network Inc.
801 US Highway 1
North Palm Beach, FL 33408

*/s/ Matthew R. Feluren*
Matthew R. Feluren